

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA ADJADJ,<br><br>                              Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, LLC, et al.,<br><br>                              Defendants. | Case No.: 3:24-cv-01636-CAB-VET<br><br>**ORDER**<br><br>[ECF No. 5] |

On May 23, 2024, Plaintiff Nada Adjadj filed a lawsuit against Defendants Sprouts Farmers Market, et al., in the Superior Court of the State of California. Defendants filed a notice of removal with the Court on Sept. 12, 2024. [ECF No. 1.] Plaintiff filed for remand on Oct. 4, 2024, arguing that removal was untimely. [ECF No. 5.] Defendants have the burden to establish that removal is proper. *See Wilson v. Republic Iron & Steel Co.*, 257 U.S. 92, 97 (1921). Defendants argue that removal was timely and proper because the complaint did not indicate the amount in controversy, and they removed the case within 30 days of ascertaining that the amount exceeded $75,000.

"If the case stated by the initial pleading is not removable" and the defendant receives "a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable," then a thirty-

day removal period is triggered. 28 U.S.C.A. § 1446 (b)(3). The "amended pleading, motion, order, or other paper must make a ground for removal *unequivocally clear and certain* before" that thirty-day period is triggered. *Dietrich v. Boeing Company*, 14 F.4th 1089, 1095 (9th Cir. 2021) (emphasis added). Defendants state that after "limited written discovery, it became reasonably ascertainable that the amount in controversy exceeds $75,000." [ECF No. 7, 6.] The Court orders Defendants to provide a declaration identifying the specific grounds from which they first ascertained the case was clearly removable. Defendants should file their declaration by **Nov. 15, 2024**.

It is **SO ORDERED**.

Dated: November 1, 2024

Hon. Cathy Ann Bencivengo
United States District Judge