Jennifer R. Thomas (SBN 199972)
VAN DE POEL, LEVY, THOMAS LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060
Email: jthomas@vanlevylaw.com

Attorneys for Defendant SF MARKETS, LLC,
erroneously sued as SPROUTS FARMERS MARKET, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NADA ADJADJ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SPROUTS FARMERS MARKET, LLC, a California registered Limited Liability Company; and DOES 1 - 25 inclusive.<br><br>Defendants. | CASE NO.: 3:24-cv-01636-CAB-VET<br><br>**DECLARATION OF JENNIFER R. THOMAS IN RESPONSE TO NOVEMBER 1, 2024 ORDER**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 15A |

I, Jennifer R. Thomas, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner with the law firm Van De Poel, Levy Thomas LLP, counsel of record for Defendant SF MARKETS, LLC, erroneously sued as SPROUTS FARMERS MARKET, LLC. I have personal knowledge of the facts stated herein, and if called upon to testify as a witness, I could and shall competently testify thereto.

2. The only evidence of the amount in controversy I have is a seven-page confidential settlement communication in the form of a pre-litigation demand letter dated March 15, 2024 sent directly to Sprouts' Third Party Administrator. The letter is marked "For Settlement Purposes Only. It is Not to be Used as Evidence of any Kind,

California Evidence Code Sections 1152-54, et seq."

3. On information and belief, through the investigative efforts of my office at my direction, it became reasonably ascertainable that the amount in controversy exceeds $75,000, exclusive of interest and costs and the motion to remove to this court was timely filed once that was determined.

4. This determination of the amount in controversy was not ascertained from any single pleading, motion, order or other paper that can be attached to a declaration at this time. Rather, it is based upon the amount of the settlement demand as well as my office's investigation into the claims being made and damages asserted.

5. Following the filing of this motion and plaintiff's opposition, we have met and conferred with plaintiff's counsel to discuss the amount in controversy and to ascertain whether plaintiff was going to respond to the Request for Statement of Damages so that I could attach that response in support of this declaration if, in fact, plaintiff is still seeking the amount requested in the settlement demand.

6. Following those discussions, it seems unclear as to the actual amount in controversy in this case.

7. Therefore, Defendant does not oppose remand at this time, without prejudice to remove again in the future if there is sufficient evidentiary proof of the amount in controversy pursuant to 28 U.S.C.A. § 1446 (b)(3) and *Dietrich v. Boeing Company*, 14 F.4th 1089, 1095 (9th Cir. 2021)

I declare under penalty of perjury under the laws of the State of California that the following is true and correct. This declaration was executed on the 15th of November 2024 at Walnut Creek, California.

Jennifer R. Thomas

Jennifer R. Thomas

VAN DE POEL, LEVY, THOMAS LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060