1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

NADA ADJADJ,

Case No.: 3:24-cv-01636-CAB-VET

12

Plaintiff,

13

v.

**ORDER GRANTING MOTION TO REMAND**

14

SPROUTS FARMERS MARKET, LLC, et al.,

**[ECF No. 5]**

15
16

Defendants.

17
18

On May 23, 2024, Plaintiff Nada Adjadj filed a lawsuit against Defendants Sprouts

19

Farmers Market ("Sprouts"), et al., in the Superior Court of California, County of San

20

Diego. Defendants filed a notice of removal with the Court on Sept. 12, 2024. [ECF No.

21

1.] Plaintiff filed a motion to remand on Oct. 4, 2024. [ECF No. 5.] On Nov. 1, 2024, the

22

Court issued an order to Defendants to show cause for removal as (1) over thirty days

23

lapsed since Defendants' receipt of the initial pleading, and (2) Defendants had not

24

indicated from what document they first ascertained that the case was removable to sustain

25

removal under 28 U.S.C.A. § 1446 (b)(3). [ECF No. 8.] In their response to the order,

26

Defendants failed to satisfy the Court's request and stated they did not oppose remand.

27

[ECF No. 10 ¶ 7.]

28

1

1    Defendants are the removing party—and they bear the burden of demonstrating that

2 removal is proper.  *Corral v. Select Portfolio Servicing, Inc.,* 878 F.3d 770, 773 (9th Cir.

3 2017).  As Defendants have failed to establish a basis for removal, the Court **GRANTS**

4 Plaintiff's motion to remand to Superior Court of California, County of San Diego, Case

5 No. 37-2024-00024067-CU-PO-CTL.    [ECF No. 5.]    Further, the Court considered

6 Plaintiff's request to be awarded costs and attorney fees incurred due to the removal, and

7 the request is **DENIED**.

8

9    It is **SO ORDERED**.

10 Dated:  November 27, 2024

11

12    _____
Hon. Cathy Ann Bencivengo
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28